## THE STATE v. OMEIG.

PRACTICE IN THE SUPREME COURT.

*Appeal from Woodbury District Court.*

FRIDAY, OCTOBER 22.

DEFENDANT was indicted and convicted of keeping a gambling house, and now appeals to this court. Another indicted with him was acquitted.

No appearance for defendant.

*J. F. McJunkin, Attorney General,* for the State.

BECK, J—I. No bill of exceptions or certificate setting out the evidence is found in the record. We cannot, therefore, inquire whether the verdict is sufficiently supported by the evidence.

II. There is no assignment of errors, nor is our attention directed in any manner to objections to the proceedings and judgment in the case. We have, however, given the records careful attention, and fail to discover any error requiring reversal of the judgment.

AFFIRMED.